**Order entered March 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01388-CV

## TIM SIEGEL, ET AL., Appellants

## V.

## GALG, LLC D/B/A GOODSON GOLF & UTILITY CARS, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17245**

## ORDER

Before the Court is appellants' March 13, 2019 second motion for extension of time to file their principal brief. We **GRANT** the motion and extend the time to **April 18, 2019**. We caution appellants that further extension requests will be disfavored absent compelling circumstances.

/s/     BILL WHITEHILL
        JUSTICE